IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>NORBERT MATHEW PLAUD, )<br>    Defendant(s), )<br>    )<br>and )<br>    )<br>ROEDER & MOORE LLC/TA, )<br>TWO MEN & A TRUCK, )<br>    Garnishee. )<br>_____) | CASE NO. DNCW 3:03CR20-1<br>(Financial Litigation Unit) |

## **ORDER OF CONTINUING GARNISHMENT**

This matter is before the Court on Answer of Garnishee, Roeder & Moore LLC/TA, Two Men and A Truck, "garnishee", and Writ Hearing on July 9, 2009.

Based on the evidence and arguments submitted at the Writ Hearing, the Court finds that the defendant, Norbert Mathew Plaud, has the ability to and should pay $50.00 per month from his earnings.

THEREFORE, IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $2,755.27 computed through July 2, 2009, and the garnishee shall withhold $50.00 per month from the defendant debtor's earnings and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to Norbert Mathew Plaud or until further Order of this court.

Payments should be made payable to the United States Clerk of Court and mailed to the United States Clerk of Court, 401 West Trade Street, Charlotte, NC 28202.

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:03CR20-1, Norbert Matthew Plaud.

IT IS SO ORDERED.

Signed: July 9, 2009

Frank D. Whitney
United States District Judge